```
 1  JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
    DAN D. KIM, ESQUIRE - State Bar #212577
 2  JENKINS GOODMAN NEUMAN & HAMILTON
    417 Montgomery Street, 10th Floor
 3  San Francisco, California 94104
    Telephone: (415) 705-0400
 4  Facsimile: (415) 705-0411

 5  Attorneys for Defendant
    HOME DEPOT U.S.A., INC.
```

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA C. FERNANDEZ-del-CAMPO, individually, <br><br> Plaintiff, <br><br> vs. <br><br> THE HOME DEPOT, INC., and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 05-05048 TEH <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Defendant HOME DEPOT U.S.A., INC. ("Defendant") and plaintiff NATASHA C. FERNANDEZ-del-CAMPO ("Plaintiff") stipulate to participate in EARLY NEUTRAL EVALUATION.

DATED: 3/20/06

JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: _____
JOSHUA S. GOODMAN
DAN D. KIM
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-1-

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

```
 1
 2  DATED: 8/20/06              LAW OFFICES OF SCOTT RIGHTHAND
 3
 4                              By: _____
 5                                  SCOTT RIGHTHAND
                                    Attorneys for Plaintiff
 6                                  NATASHA C. FERNANDEZ-del-
                                    CAMPO
 7
 8  IT IS SO ORDERED.
 9  DATED:  03/20/06            By: _____
10                                  UNITED STATES DISTRICT JUDGE
                                    Judge Thelton E. Henderson
```

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-2-
STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 3/20/06

*Scott Righthand for Natasha C. Fernandez (out of country)*

Natasha C. Fernandez-del-Campo, plaintiff

Dated: 3/20/06

Scott Righthand, counsel for plaintiff

Dated: 3/20/06

Dan Kim, counsel for defendant
HOME DEPOT U.S.A., INC.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-3-