1  Scott D. Righthand, Esq., SB#087635
   THE LAW OFFICE OF SCOTT RIGHTHAND
2  A Professional Corporation
   100 Spear Street, Suite 700
3  San Francisco, CA 94105

4  Telephone: (415) 544-0115
   Facsimile : (415) 957-9080
5

6  Attorney for Plaintiff

7

8                 UNITED STATE DISTRICT COURT FOR

9      THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | NATASHA C. FERNANDEZ-del-CAMPO,  )  Case No.: C 05-05048 TEH
   | individually,                   )
12 |                                 )  **STIPULATION AND [PROPOSED]**
   |           Plaintiff,            )  **ORDER TO CONTINUE CASE**
13 |                                 )  **MANAGEMENT CONFERENCE**
14 |      vs.                        )
   |                                 )
15 | THE HOME DEPOT, INC. and DOES 1 )
   | THROUGH 50, INCLUSIVE,          )
16 |                                 )
   |           Defendant.            )
17 |_____)

18      PLAINTIFF NATASHA C. FERNANDEZ-del-CAMPO and DEFENDANT HOME
19
   DEPOT U.S.A., INC. hereby stipulate to continue the CMC scheduled on Monday,
20
   6/19/06 at 1:30 p.m. to a date in August 2006. This continuance is necessary due to
21
   Plaintiff's counsel Mr. Righthand's ongoing medical malpractice trial in Fresno Superior
22
   Court, Case No. 01 CE CG 03054, Young v. St. Agnes Medical Center,
23
24 ///

25 ///

                                      -1-

1   which has been in trial since June 5, 2006, in Department 72, Judge Alan Simpson.
2   This trial is anticipated to last through the first week of July 2006.
3   DATE: _____          _____/s/_____
                                           SCOTT D. RIGHTHAND
4                                          Attorney for Plaintiff
                                           FERNANDEZ-DEL-CAMPO
5
6
    Date: _____          _____/s/_____
7                                          DAN KIM
                                           Attorney for Defendant
8                                          HOME DEPOT U.S.A., INC.

9   The case management conference is continued to August 7, 2006 at 1:30 PM. The parties shall file a joint case management statement on or before July 31, 2006.

10

11  IT IS SO ORDERED:

12
13  DATE: 06/13/06                By: _____
                                       UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — signed Judge Thelton E. Henderson]

-2-