Scott D. Righthand, Esq., SB#087635
THE LAW OFFICE OF SCOTT RIGHTHAND
A Professional Corporation
100 Spear Street, Suite 700
San Francisco, CA 94105

Telephone: (415) 544-0115
Facsimile : (415) 957-9080

Attorney for Plaintiff

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA C. FERNANDEZ-del-CAMPO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No.: C 05-05048 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SEPTEMBER 15, 2006 to COMPLETE ENE SESSION** |

PLAINTIFF NATASHA C. FERNANDEZ-del-CAMPO and DEFENDANT HOME DEPOT U.S.A., INC. hereby stipulate and respectfully request the Court to continue the deadline to complete the Early Neutral Evaluation ("ENE") session from July 11, 2006 to September 15, 2006. This continuance is necessary due to Plaintiff's counsel Mr. Righthand's ongoing medical malpractice trial in Fresno Superior Court, Case No. 01 CE CG 03054, <u>Young v. St. Agnes Medical Center</u>, which has been in trial since June 5, 2006, in Department 72, Judge Alan Simpson. This trial is anticipated to last through the first week of July 2006.

1  This continuance is also necessary since both parties need to complete
2  depositions and conduct further discovery including the deposition of plaintiff, the
3  deposition of Assistant Store Manager Luis Cruz; the physical testing, inspecting and
4  photographing of the subject premises; and the further review of plaintiff's most recent
5  medical treatments.

DATE: _____      /s/ _____
                                  SCOTT D. RIGHTHAND
                                  Attorney for Plaintiff
                                  FERNANDEZ-DEL-CAMPO

DATE: _____      /s/ _____
                                  DAN KIM
                                  Attorney for Defendant
                                  HOME DEPOT U.S.A., INC.

THE PARTIES SHALL COMPLETE EARLY NEUTRAL EVALUATION BY

9/15/06 _____. IT IS SO ORDERED.

DATE: 6/22/06      By: _____

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*