Scott D. Righthand, Esq., SB#087635
THE LAW OFFICE OF SCOTT RIGHTHAND
A Professional Corporation
100 Spear Street, Suite 700
San Francisco, CA  94105

Telephone: (415) 544-0115
Facsimile : (415) 957-9080

Attorney for Plaintiff

# UNITED STATE DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA C. FERNANDEZ-del-CAMPO, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendant. | Case No.: C 05-05048 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO DECEMBER 1, 2006 to COMPLETE ENE SESSION** |

PLAINTIFF NATASHA C. FERNANDEZ-del-CAMPO and DEFENDANT HOME DEPOT U.S.A., INC. hereby stipulate to continue the CMC scheduled on August 7, 2006 at 1:30 p.m., Room 12, 19th Floor, to a date in November 2006, and to extend the deadline to complete the ENE session to December 1, 2006.  These continuances are necessary due to recently discovered scheduling conflicts among counsel and the appointed neutral evaluator, and moreover, because both parties need to complete depositions and conduct further discovery including plaintiff's deposition of Assistant

-1-

Store Manager Luis Cruz and physical testing, inspecting and photographing of the subject premises; and defendant's deposition of the plaintiff and review of plaintiff's most recent medical treatments.

DATE: _____  _____/s/_____
SCOTT D. RIGHTHAND
Attorney for Plaintiff
FERNANDEZ-DEL-CAMPO

Date: _____  _____/s/_____
DAN KIM
Attorney for Defendant
HOME DEPOT U.S.A., INC.

~~IT IS SO ORDERED~~: Counsel shall appear as scheduled on August 7, 2006 at 1:30 PM.

DATE: 07/26/06       By: _____
UNITED STATES DISTRICT JUDGE

[Stamp: DENIED — Judge Thelton E. Henderson — United States District Court, Northern District of California]