JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
DAN D. KIM, ESQUIRE - State Bar #212577
JENKINS GOODMAN NEUMAN & HAMILTON
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASHA C. FERNANDEZ-del-CAMPO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., et al.<br><br>Defendants. | Case No. C 05-05048 TEH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: 10/11/06                JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: _____
DAN KIM
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
*10/13/06*

DATED: _____         LAW OFFICES OF SCOTT RIGHTHAND

-1-
STIPULATION OF DISMISSAL

1  By: _____
2  SCOTT RIGHTHAND
   Attorneys for Plaintiff
3  NATASHA C. FERNANDEZ-del-CAMPO

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-
STIPULATION OF DISMISSAL